### Edward Howard, Appellee, v. Thomas Roche, Appellant.

**Gen. No. 45,742.**

John J. Mortimer, Corporation Counsel, for appellant; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Frank A. McDonnell, for appellee; William L. Carlin, and Louis A. Rosenthal, of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed January 27, 1953; released for publication February 26, 1953.

